**Arthur HEIM, k/a Sir Arthur Heim, Appellant,**

v.

**George W. BUSH, Appellee.**

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the

**Arthur Heim, k/a Sir Arthur Heim, Appellant,**

v.

**United States District Court for the District of Nebraska–Omaha, et al., Case Nos. 99–CV–150–99–9446, in the Supreme Court of the United States Judges, et al., Term 2000; Magistrate Judge Kathleen A. Jaudzemis; District Judge Joseph F. Bataillon, et al., Appellees.**

**Nos. 01–2972, 01–3341.**

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 5, 2001.

Decided Dec. 10, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In these consolidated appeals, Arthur Heim challenges the district court's [1] Federal Rule of Civil Procedure 11 orders sanctioning him for filing harassing and frivolous litigation. Having carefully reviewed the record, we conclude that, for the reasons stated in the district court's orders, the district court did not abuse its discretion.

Accordingly, we affirm the result reached by the district court. *See* 8th Cir. R. 47B. We also deny all pending motions.